## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| DAVID E. ROBLES | : | Case No. 5:15-bk-01811-JJT |
|  | : |  |
| Debtor | : | Adversary No. 5:16-ap-00055-JJT |
|  | : |  |
|  | : |  |
| DAVID E. ROBLES, | : |  |
|  | : |  |
| Plaintiff, | : |  |
| v. | : |  |
|  | : |  |
| PENNYMAC HOLDINGS, LLC, FKA | : |  |
| PENNYMAC MORTGAGE INVESTMENT | : |  |
| TRUST HOLDINGS I, LLC BY PENNYMAC | : |  |
| LOAN SERVICES, LLC, ITS SERVICING | : |  |
| AGENT | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

## STIPULATION OF DISMISSAL

Plaintiff David E. Robles ("Plaintiff") and Defendant PennyMac Holdings, LLC

("Defendant"), by and through their respective undersigned counsel, stipulate and agree that

Plaintiff's Complaint filed in the within adversary proceeding is dismissed as moot and the

adversary proceeding shall be closed.


Dated: December 22, 2016


| /s/ *Tullio DeLuca* | /s/ *David A. DeFlece* |
|---|---|
| Tullio DeLuca, Esq. | David A. DeFlece, Esq. |
| Law Office of Tullio DeLuca | BLANK ROME LLP |
| 381 N. 9th Avenue | 301 Carnegie Center, 3rd Floor |
| Scranton, PA 18504 | Princeton, New Jersey 08540 |
| *Counsel to Plaintiff* | *Counsel to Defendant* |

136044.01449/104622131v.1